# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jennifer Marino

                                    Plaintiff,

v.                                                                   Case No.: 1:16–cv–09715
                                                                       Honorable Jorge L. Alonso

Pooh–Bah Enterprises, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 5, 2018:

        MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Motion for Notice to Issue Pursuant to § 216(b) [30] relies in large measure on her December 2016 motion for conditional certification and its attachments. The circumstances of this case have changed considerably since then, including the fact that Mandera is the only Defendant in the case, and the case is stayed pending arbitration of the claims against Pooh–Bah. Plaintiff is given until 6/11/18 to supplement her motion with the notice she proposes, given these changes. Plaintiff's Motion for Corrective Notice [42] is entered and continued to 6/27/18 at 9:30 a.m. Defendant Mandera is given until 6/15/18 to file a response, and Plaintiff is given until 6/20/18 to file a short reply. Motion hearing date of 6/7/18 is stricken. Status hearing set for 6/27/18 at 9:30 a.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.