UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jennifer Marino
                          Plaintiff,

v.                                                      Case No.: 1:16−cv−09715
                                                                Honorable Jorge L. Alonso

Pooh−Bah Enterprises, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 24, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held. Plaintiff's counsel failed to appear. This case remains stayed. The Clerk is directed to place this case on the Court's inactive docket pending completion of arbitration. Plaintiff is directed to notify the Court within fourteen days of the conclusion of arbitration proceedings. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.