UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER MARINO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>POOH-BAH ENTERPRISES, INC. d/b/a VIP'S A GENTLEMEN'S CLUB and PERRY MANDERA,<br><br>　　　　　Defendants. | CIV. A. NO. 1:16-CV-09715<br><br>Hon. Jorge L. Alonso<br>*Judge Presiding*<br><br>Hon. Sidney I. Schenkier<br>*Magistrate Judge* |

### STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

The parties hereby dismiss the above-entitled action and all claims asserted in the action, with each party to bear its own costs. This dismissal shall be without prejudice to the right of a party to move for good cause within thirty (30) days to reopen this action. If no party moves to re-open within thirty days, the dismissal shall be with prejudice.

1

DATED: July 10, 2020

| **On behalf of Plaintiffs** | **On behalf of Defendant** |
|---|---|
| */s/ Shannon Liss-Riordan*<br>Shannon Liss-Riordan<br>Adelaide Pagano<br>Lichten & Liss-Riordan, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Tel: 617-994-5800<br><br>Marc J. Siegel<br>Bradley Manewith<br>Siegel & Dolan, Ltd.<br>150 N. Wacker Dr. Suite 1100<br>Chicago, IL 60606<br>Tel: 312-878-3210 | */s/ Matthew J. Ruza*<br>David L. Christlieb<br>Matthew J. Ruza<br>LITTLER MENDELSON, P.C.<br>321 North Clark Street, Suite 1000<br>Chicago, IL 60654<br>Tel: 312-372-5520<br>Attorneys for Defendants<br><br>Marty Denis<br>BARLOW, KOBATA & DENIS LLP<br>525 W. Monroe Street Suite 2360<br>Chicago, IL 60661<br>Tel: 312-648-5570 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, a true and accurate copy of the foregoing Stipulation for dismissal was filed via this Court's CM/ECF system.

                                              */s/ Shannon Liss-Riordan*

                                              Shannon Liss-Riordan, Esq.